IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR331 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICE BUCKLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of David R. Stickman to withdraw as counsel for defendant (Filing No. 128). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; David R. Stickman and the Office of the Federal Public Defender are deemed withdraw as counsel for defendant.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court